UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 05-C-1250 |
| v. | |
| ONE 1994 CADILLAC ELDORADO VEHICLE IDENTIFICATION NUMBER (VIN) 1G6EL12Y3RU613244, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | **JUDGMENT OF DEFAULT AND FORFEITURE** |
| Defendant. | |

THIS CAUSE having come before this Court upon plaintiff's Motion for Default Judgment, pursuant to Federal Rules of Civil Procedure 16(f) and 37(b), due to Claimant Curtise Bufford's Failure to Defend Claim, it is hereby

ORDERED, ADJUDGED AND DECREED that the plaintiff's motion is granted. The defendant property is forfeited to the United States of America and no right, title or interest in the defendant property shall exist in any other party. The defendant property shall be seized forthwith by the United States Marshal Service for the Eastern District of Wisconsin or his duly authorized agent and shall be disposed of according to law.

Dated at Milwaukee, Wisconsin, this 19th day of March, 2007.

s/AARON E. GOODSTEIN
United States Magistrate Judge

Judgment entered this 19th day of March, 2007

by: s/ V. Kelly Barton Terry
    Deputy Clerk